IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NASSER KHALIL ALI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CV3056 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Sophia M. Alvarez to withdraw as counsel for plaintiff (Filing No. 16). The Court notes other counsel has filed an entry of appearance. Accordingly,

IT IS ORDERED that the motion of Sophia M. Alvarez to withdraw as counsel for plaintiff is granted. The clerk of court shall remove her name from CM/ECF.

DATED this 19th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court